United States District Court
Southern District of Texas
**ENTERED**
November 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| WILLIS JOHNSON, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:17-CV-223 |
| § | |
| PHILLIPS & COHEN ASSOCIATES, § | |
| LTD., *et al*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

Pursuant to the Stipulation of Dismissal with Prejudice (D.E. 17), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 27th day of November, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE